BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
CARL HUDSON, State Bar No. 317201
carl.hudson@freshfields.com
OLIVIA ROSEN, State Bar No. 340120
olivia.rosen@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants TriplePoint Venture
Growth BDC Corp., James P. Labe, Christopher
M. Mathieu, and Sajal K. Srivastava*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DEREK PETERSEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRIPLEPOINT VENTURE GROWTH BDC CORP., JAMES P. LABE, CHRISTOPHER M. MATHIEU, and SAJAL K. SRIVASTAVA,<br><br>Defendants. | Case No.: 3:23-cv-02980-TLT<br><br>**SUPPLEMENTAL DECLARATION OF BORIS FELDMAN IN SUPPORT OF DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO MODIFY SCHEDULE** |

SUPP. FELDMAN DECL. ISO MOT. TO MODIFY MTD SCHEDULE
CASE NO. 3:23-cv-02980-TLT

I, Boris Feldman, declare as follows:

1.  I am duly admitted to practice in the State of California and an attorney with the law firm Freshfields Bruckhaus Deringer US LLP.  I am counsel for Defendants TriplePoint Venture Growth BDC Corp., James P. Labe, Christopher M. Mathieu, and Sajal K. Srivastava, (collectively, "Defendants") in the above-captioned matter.  I have personal knowledge of the matters stated herein.  If called as a witness, I could and would competently testify to the matters stated herein.  This declaration is submitted in support of Defendants' Unopposed Administrative Motion to Modify Schedule (ECF No. 40) (the "Motion").

2.  This Declaration is submitted in further support of the Motion, at the request of Mr. Robert McNamee, Courtroom Deputy to the Honorable Judge Trina L. Thompson, to assist the Court in identifying the various parts of the Motion and supporting submissions, as follows.

3.  **ECF 40** is Defendants' administrative motion to modify the motion to dismiss schedule.  Judge Thompson's scheduling order in this case (**ECF 36**) requires a motion for this request.  It is signed by myself, the filing attorney for Defendants.

4.  **ECF 40-1** is the proposed order on this motion, also attached hereto, for the Court's convenience.

5.  **ECF 41** is the joint stipulation in support of this motion.  It is signed by counsel for both Defendants and Lead Plaintiff, noting the good cause for the motion, and that it is unopposed by Lead Plaintiff.  My attestation, at the end of the document, confirms that all other attorneys consented in the filing, as required by Local Rule 5-1(i)(3).

6.  Defendants stipulated to accept service on August 16, 2023.  *See* **ECF 24**.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Redwood City, California, this 18th day of December, 2023.

_____*/s/Boris Feldman*_____
Boris Feldman

SUPP. FELDMAN DECL. ISO MOT. TO MODIFY MTD SCHEDULE
CASE NO. 3:23-cv-02980-TLT