BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
CARL HUDSON, State Bar No. 317201
carl.hudson@freshfields.com
OLIVIA ROSEN, State Bar No. 340120
olivia.rosen@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants TriplePoint Venture
Growth BDC Corp., James P. Labe, Christopher
M. Mathieu, and Sajal K. Srivastava*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DEREK PETERSEN, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>TRIPLEPOINT VENTURE GROWTH BDC CORP., JAMES P. LABE, CHRISTOPHER M. MATHIEU, and SAJAL K. SRIVASTAVA,<br><br>                    Defendants. | Case No.: 3:23-cv-02980-TLT<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO MODIFY SCHEDULE** |

Having considered Defendants' UNOPPOSED ADMINISTRATIVE MOTION TO MODIFY SCHEDULE and finding that good cause exists, the Court hereby orders:

1. Defendants' Motion to Dismiss is due Wednesday, January 10, 2024.

2. Plaintiff's opposition to the Motion to Dismiss is due Wednesday, February 7, 2024.

3. Defendants' reply in support of the Motion to Dismiss is due Wednesday, February 14, 2024.

4. The February 6, 2024 Motion to Dismiss hearing date is continued to _____, 2024, at _____.


SO ORDERED, this _____ day of _____, 2023.


Dated: _____                         _____
                                                  The Honorable Trina L. Thompson
                                                  United States District Judge

1

[PROPOSED] ORDER GRANTING UNOPPOSED ADMIN. MOT.
CASE NO. 3:23-cv-02980-TLT