BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
CARL HUDSON, State Bar No. 317201
carl.hudson@freshfields.com
OLIVIA ROSEN, State Bar No. 340120
olivia.rosen@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants TriplePoint Venture
Growth BDC Corp., James P. Labe, Christopher
M. Mathieu, and Sajal K. Srivastava*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DEREK PETERSEN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TRIPLEPOINT VENTURE GROWTH BDC CORP., JAMES P. LABE, CHRISTOPHER M. MATHIEU, and SAJAL K. SRIVASTAVA,<br><br>    Defendants. | Case No.: 3:23-cv-02980-TLT<br><br>**DECLARATION OF BORIS FELDMAN RESPONDING TO ECF NO. 43** |

FELDMAN DECLARATION                                      CASE NO. 3:23-cv-02980-TLT

I, Boris Feldman, declare as follows:

1.      I am duly admitted to practice in the State of California and an attorney with the law firm Freshfields Bruckhaus Deringer US LLP ("Freshfields").  I am counsel for Defendants TriplePoint Venture Growth BDC Corp., James P. Labe, Christopher M. Mathieu, and Sajal K. Srivastava (collectively, "Defendants"), in the above-captioned matter.  I have personal knowledge of the matters stated herein.  If called as a witness, I could and would competently testify to the matters stated herein.

2.      This Declaration is submitted in response to the Court's order entered as ECF No. 43. Pursuant to the Court's order, a proposed order granting the pending Unopposed Administrative Motion to Modify Schedule, ECF No. 40 ("Scheduling Motion"), is respectfully submitted concurrently herewith.

3.      Freshfields represents all Defendants.  Notices of appearance were filed as ECF Nos. 11, 12, 13, and 25.

4.      Defendants and Freshfields are not aware of any actual conflicts, making waivers unnecessary.  To the extent any potential conflicts materialize in the future, Defendants and Freshfields have agreed to address such conflicts at that time.  Defendants are not aware of any actual conflicts and do not anticipate potential conflicts arising in connection with the Scheduling Motion.

5.      Pursuant to the Court's Local Rules, service of the Amended Complaint, ECF No. 39, is made automatically via ECF.  L.R. 5-1(h)(1) ("Upon the filing of a document by a party, the ECF system will send to the registered attorneys for all parties in the case a Notice of Electronic Filing, which constitutes service on the receiving party.").  No separate proof of service is therefore required for any filings docketed under ECF.

6.      As previously noted, ECF No. 42, Defendants have accepted service of the initial complaint by stipulation filed as ECF No. 24.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Redwood City, California, this 20th day of December, 2023.

1

FELDMAN DECLARATION                                                CASE NO. 3:23-cv-02980-TLT

Dated: December 20, 2023

Respectfully submitted,

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: /s/ *Boris Feldman*
    Boris Feldman

855 Main Street
Redwood City, California 94063
Telephone: (650) 421-8200
Facsimile: (212) 277-4001
boris.feldman@freshfields.com

*Attorneys for Defendants*

2

FELDMAN DECLARATION                                    CASE NO. 3:23-cv-02980-TLT