BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
CARL HUDSON, State Bar No. 317201
carl.hudson@freshfields.com
OLIVIA ROSEN, State Bar No. 340120
olivia.rosen@freshfields.com
J. MIA TSUI, State Bar No. 344251
mia.tsui@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants TriplePoint Venture
Growth BDC Corp., James P. Labe, Christopher
M. Mathieu, and Sajal K. Srivastava*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DEREK PETERSEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRIPLEPOINT VENTURE GROWTH BDC CORP., JAMES P. LABE, CHRISTOPHER M. MATHIEU, and SAJAL K. SRIVASTAVA,<br><br>Defendants. | Case No.: 3:23-cv-02980-TLT<br><br>**DECLARATION OF CARL HUDSON IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT** |

HUDSON DECL. ISO REPLY
CASE NO. 3:23-cv-02980-TLT

**DECLARATION OF CARL HUDSON**

I, Carl Hudson, declare as follows:

1.    I am duly admitted to practice in the State of California and an attorney with the law firm Freshfields Bruckhaus Deringer US LLP.  I am counsel of record for Defendants TriplePoint Venture Growth BDC Corp. ("TriplePoint"), James P. Labe, Christopher M. Mathieu, and Sajal K. Srivastava (collectively, "Defendants") in the above-captioned matter.  I have personal knowledge of the matters stated herein.  If called as a witness, I could and would competently testify to the matters stated herein.  This declaration is submitted in support of Defendants' Reply in Support of Motion to Dismiss Plaintiff's Amended Complaint (the "Amended Complaint").

2.    Attached as Supplemental Exhibit 2 ("Suppl. Ex. 2") is a true and correct excerpted copy of TriplePoint's Form 10-K for the 2022 fiscal year which was publicly filed with the Securities and Exchange Commission ("SEC") on March 1, 2023, and is cited in the Amended Complaint.  This document was previously filed as Exhibit 2 to the Declaration of Carl Hudson in Support of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 48-1); Supplemental Exhibit 2 has excerpted the additional pages 83–85 and 87–90.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Redwood City, California, this 14th day of February, 2024.

 _/s/Carl Hudson_
Carl Hudson

HUDSON DECL. ISO REPLY
CASE NO. 3:23-cv-02980-TLT

1