UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK PETERSEN, | Case No. 23-cv-02980-TLT |
| Plaintiff, | |
| v. | **JUDGMENT** |
| TRIPLEPOINT VENTURE GROWTH BDC CORP., et al., | ECF 63 |
| Defendants. | |

The Court entered an Order GRANTING Defendants' motion to dismiss the First Amended Complaint without leave to amend. ECF No. 62. Judgment is accordingly entered in favor of Defendants and against Plaintiffs. This Judgment resolves ECF No. 63.

IT IS SO ORDERED.

Dated: September 19, 2024

TRINA L. THOMPSON
United States District Judge